Mark E. Smith
Smith McKenzie Rothwell &
 Barlow, P.S.
500 Union St., Suite 700
Seattle, WA  98101
(206) 224-9900
Email:  marks@smrblaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AUTOMOTIVE MACHINISTS PENSION TRUST FUND,<br><br>    Plaintiff,<br><br>v.<br><br>CITY TRANSFER, INC.,<br><br>    Defendant. | NO. CV04-2514L<br><br>**STIPULATION AND ORDER FOR EXTENSION OF CASE DEADLINES** |

## I.     STIPULATION

COME NOW THE PARTIES, by and through their respective counsel of record, and hereby stipulate as follows:

The parties have been engaged in settlement discussions regarding the above-captioned matter and another matter involving the same parties and similar issues under Cause No. 04-2200.  The parties recently settled the matter under Cause No. 04-2200.

---

STIPULATION AND ORDER FOR
EXTENSION OF CASE DEADLINES - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

8200 542 gh181807 8/22/05




The parties have engaged in limited discovery in the above-captioned matter and in the matter No. 04-2200 to minimize costs and fees while the parties discussed settlement.  The parties believe that a four-month extension of the deadlines in the above-captioned matter is necessary and appropriate to enable to the parties to engage in additional discovery and additional settlement efforts that may obviate the need for a trial.

The parties stipulate to entry of the following order extending the current deadlines by four months.

DATED this 17th day of August, 2005.

*s/ Mark E. Smith*
Mark E. Smith, WSBA #30924
SMITH McKENZIE ROTHWELL
  & BARLOW, P.S.
Attorneys for Plaintiffs

*s/ Paul M. Nordsletten*
Paul M. Nordsletten, WSBA #21104
DAVIS GRIMM PAYNE & MARRA
  Attorneys for Defendants

II.    ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the following deadlines in this Court's Minute Order Setting Trial Date and Related Dates entered March 10, 2005 are extended as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Discovery completed by | 9/11/05 | 1/11/06 |
| Add dispositive motions filed by and noted on the motion calendar no later than the Fourth Friday thereafter | 10/11/05 | 2/11/06 |
| Settlement conference per CR 39.1 | 11/10/05 | 3/11/06 |

STIPULATION AND ORDER FOR
EXTENSION OF CASE DEADLINES - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

8200 542 gh181807 8/22/05



no later than

| | | |
|---|---|---|
| Mediation per 39.1 no later than | 12/10/05 | 4/10/06 |
| Motions in limine filed by and noted on motion calendar seven judicial days thereafter | 12/12/05 | 4/12/06 |
| Agreed pretrial order due | 12/28/05 | 4/28/06 |
| Trial briefs and trial exhibits due | 1/4/06 | 5/4/06 |
| Trial | 1/9/06 | 5/9/06 |

DATED: August 22, 2005

*/s/ Robert S. Lasnik/*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Mark E. Smith*
Mark E. Smith, WSBA #30924
SMITH McKENZIE ROTHWELL
  & BARLOW, P.S.

Approved for entry:

*s/ Paul M. Nordsletten*
Paul M. Nordsletten, WSBA #21104
DAVIS GRIMM PAYNE & MARRA
Attorneys for Defendants

STIPULATION AND ORDER FOR
EXTENSION OF CASE DEADLINES - 3

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

8200 542 gh181807 8/22/05

