UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUTOMOTIVE MACHINISTS PENSION TRUST FUND,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY TRANSFER, INC.,<br><br>　　　　　　　Defendant. | No. C04-2514L<br><br>ORDER TO SHOW CAUSE |

  This matter comes before the Court *sua sponte*. On October 13, 2005, plaintiff Automotive Machinists Pension Trust Fund ("Automotive") filed a memorandum with related documents that, taken as a whole, exceed 50 pages in length (Dkt. # 10). As of this date, a courtesy copy of these documents has not been provided for chambers.

  Automotive is hereby ORDERED to show cause why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 5) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 7). Automotive shall immediately deliver a paper copy of the documents filed on October 13, 2005, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office. Automotive shall

ORDER TO SHOW CAUSE

respond to this order to show cause no later than five days from the date of this Order.

DATED this 20th day of October, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE                     -2-