1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUTOMOTIVE MACHINISTS PENSION
TRUST FUND,

                                Plaintiff,

            v.

CITY TRANSFER, INC.,

                                Defendant.

No. C04-2514L

ORDER VACATING ORDER TO
SHOW CAUSE

     This matter comes before the Court *sua sponte*.  On October 13, 2005, plaintiff
Automotive Machinists Pension Trust Fund ("Automotive") filed a memorandum with related
documents that, taken as a whole, exceed 50 pages in length (Dkt. # 10).  On October 20, 2005,
this Court issued an order to show cause why plaintiff should not be sanctioned for failing to
comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early
Settlement" (Dkt. # 5) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 7).
Automotive subsequently submitted the courtesy copy, and the order to show cause is HEREBY
VACATED.

     DATED this 31st day of October, 2005.

_____
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE